WATFORD, Circuit Judge,
concurring:
Whether all components of the safety valve statute remain constitutional after Alleyne v. United States, — U.S. -, 133 S.Ct. 2151, 186 L.Ed.2d 314 (2013), is an open question. While at least one circuit has concluded posb-Alleyne that the statute doesn’t offend the Sixth Amendment, see United States v. Harakaly, 734 F.3d 88, 97-99 (1st Cir.2013), our circuit has yet to decide the issue. See United States v. Tequidar-Esquer, No. 13-10514 (9th Cir. appeal docketed Oct. 7, 2013). Having prevailed below on the issue of safety valve eligibility, Washington had no occasion to brief the issue in this appeal, and we therefore do not address it.